**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DAVID BURROWS, | : | Case No. 3:17-cv-00186 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| FUYAO GLASS AMERICA INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Pursuant to the informal discovery teleconference on February 7, 2020, it is hereby

**ORDERED** that:

1.    The discovery deadline is extended to **April 1, 2020**; and

2.    The dispositive motion deadline is extended to **May 1, 2020**.


February 7, 2020                     *s/Sharon L. Ovington*
                                     Sharon L. Ovington
                                     United States Magistrate Judge